# Court of Appeals
# of the State of Georgia

ATLANTA,  March 15, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1425.  DANIEL A. SPOTTSVILLE v. ROBERT ADAMS, JR.**

Daniel Spottsville, who currently is serving a prison sentence following 1998 convictions for child molestation and other offenses, filed a motion seeking leave of the trial court to file a civil action against one or more defendants.  After the trial court denied Spottsville's request in October 2018, he filed a motion for reconsideration, which the trial court denied in January 2019.  Spottsville filed this direct appeal on February 1, 2019.  We lack jurisdiction for multiple reasons.

First, under the Prison Litigation Reform Act of 1996, an appeal in a civil action filed by a prisoner must be initiated by filing an application for discretionary review.   See OCGA § 42-12-8, cross-referencing OCGA § 5-6-35; *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997).  "Compliance with the discretionary appeals procedure is jurisdictional."  *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).  Because Spottsville was incarcerated when he attempted to file this civil action, his failure to comply with the discretionary review procedure deprives us of jurisdiction over this direct appeal.  See *Jones*, 267 Ga. at 490-491.

Second, a motion for reconsideration neither extends the time for filing an appellate challenge to an appealable order nor is appealable in its own right.  See *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985).  Consequently, the trial court's January 2019 order is not appealable, and Spottsville's appeal – filed more than 30 days after the court's October 2018 order – is untimely as to the October 2018 order.  See OCGA § 5-6-38 (a); *Bell*, 244 Ga. App. at 510-511; *Savage*, 173 Ga. App. at 271.

For each of these reasons, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,__03/15/2019_____*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*